In re PLIMPTON et al. (Circuit Court of Appeals, Second Circuit. December 14, 1899.) No. 48. Appeal from the District Court of the United States for the Northern District of New York. E. F. Jellinek, for appellant. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed, without costs.

RECTOR v. SOUTHERN BUILDING & LOAN ASS'N et al. (Circuit Court of Appeals, Eighth Circuit. November 20, 1899.) No. 1,274. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. S. R. Cockrill, for appellant. J. W. House and Lawrence Cooper, for appellees. No opinion. Reversed and remanded, with directions to enter a decree for such sum as may be found to be due on the contract in suit, treating it as valid and not usurious, and directing that the decree of this court be entered nunc pro tunc as of May 29, 1899. See (C. C. A.) 98 Fed. 171.

SMITH v. CLEVELAND, C., C. & ST. L. RY. CO. (Circuit Court of Appeals, Sixth Circuit. October 5, 1899.) No. 698. In Error to the Circuit Court of the United States for the Southern District of Ohio. Thomas L. Michie and Joel C. Clore, for plaintiff in error. Aaron W. Goldsmith, for defendant in error. No opinion. Affirmed.

UNITED STATES ex rel. SAFE–DEPOSIT & TRUST CO. OF BALTIMORE v. CITY OF ANNISTON. (Circuit Court of Appeals, Fifth Circuit. January 17, 1900.) No. 830. In Error to the Circuit Court of the United States for the Northern District of Alabama. J. J. Willett, for plaintiff in error. T. W. Coleman, Jr., for defendant in error. Dismissed, pursuant to the twentieth rule.

WRIGHT v. PHIPPS et al. FISHER v. WRIGHT. DEGRAUW v. ATTRILL et al. ATTRILL et al. v. DEGRAUW. GATES v. SAME. (Circuit Court of Appeals, Second Circuit. December 19, 1899.) Nos. 14–18. Appeals from the Circuit Court of the United States for the Eastern District of New York. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed on motion of counsel for appellee. See (C. C.) 90 Fed. 556.

BENHAM v. WELLS, FARGO & CO. (Circuit Court, N. D. California. November 17, 1899.) No. 12,740. Action at law to recover damages in the sum of $50 for the alleged neglect of the defendant, as a common carrier, to receive and transport a certain package of merchandise offered and tendered by plaintiff for conveyance and transportation. McGowan & Squires, for plaintiff. E. S. Pillsbury, for defendant.

MORROW, Circuit Judge. For the reasons stated in the opinion rendered to-day in the case of Johnson v. Wells, Fargo & Co. (C. C.) 98 Fed. 3, this cause will be remanded to the justice's court of the city and county of San Francisco, state of California.